ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
COREY M. MOFFAT, State Bar No. 305620
JONATHAN A. WIENER, State Bar No. 265006
Deputy Attorney General
 455 Golden Gate Ave, Suite 11000
 San Francisco, CA 94102-7020
 Telephone: (415) 510-3787
 E-mail: Corey.Moffat@doj.ca.gov

*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD | 2:22-cv-01714-TLN-CKD<br><br>STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT AND CONTINUANCE OF HEARING ON MOTION<br><br><br>Judge:           Honorable Troy L. Nunley<br>Hearing Date: January 12, 2023 |

1

**OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,**

                        Defendants.

On September 28, 2022, Plaintiffs filed a Complaint alleging violations of an emission standard or limitation under the Clean Air Act. On November 28, 2022, Plaintiffs filed a Motion for Summary Judgment.

Due to counsel's conflicting professional commitments, the time required to compile the necessary client affidavits to oppose the motion, and upcoming travel plans for both counsel and client over the holiday period, Defendants have requested, and Plaintiffs do not oppose, an extension of the briefing schedule on Defendants' Motion and a continuation of a hearing on that Motion. This is Defendants' first request for an extension of time in this case. By Joint Stipulation, the parties therefore respectfully request to extend the time for Defendants to oppose the Motion for Summary Judgment to January 9, 2023; to extend the time for Plaintiffs to reply to Defendants' Opposition to January 25, 2023; and to continue the hearing to February 9, 2023.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, by and through their respective counsel, to extend the deadline for filing by all Defendants of an Opposition to the Motion for Summary Judgment to and including January 9, 2023, and to extend the deadline for filing by all Plaintiffs of a Reply to and including January 25, 2023.

IT IS HEREBY FURTHER STIPULATED AND AGREED to continue the Hearing on

//

2

Stipulation and Order Re: Extension of Briefing Schedule and Continuance of Hearing for Motion for Summary Judgment (2:22-cv-01714-TLN-CKD)

Plaintiffs' Motion for Summary Judgment currently scheduled for January 12, 2023 at 2:00 p.m. to February 9, 2023 at 2:00 p.m.

| | |
|---|---|
| Dated:  December 5, 2022 | Respectfully submitted, <br><br> ROB BONTA <br> Attorney General of California <br> MYUNG J. PARK <br> Supervising Deputy Attorney General <br><br>   /s/ Corey M. Moffatt <br> _____ <br> COREY M. MOFFAT <br> Deputy Attorney General <br> *Attorneys for State Defendants* |
| Dated:  December 5, 2022 | Respectfully submitted, <br><br>   /s/ Annette A. Ballatore <br> _____ <br> ANNETTE A. BALLATORE <br> *Attorney for Defendant San Joaquin Valley Unified Air Pollution Control District* |
| Dated:  December 5, 2022 | Respectfully submitted, <br><br>   /s/ Brent Newell <br> _____ <br> BRENT NEWELL <br> *Attorney for Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives* |

3

Stipulation and Order Re: Extension of Briefing Schedule and Continuance of Hearing for Motion for Summary Judgment (2:22-cv-01714-TLN-CKD)

ROB BONTA, State Bar No. 202668
Attorney General of California
MYUNG J. PARK, State Bar No. 210866
Supervising Deputy Attorney General
JONATHAN A. WIENER, State Bar No. 265006
Deputy Attorney General
 455 Golden Gate Ave, Suite 11000
 San Francisco, CA 94102-7020
 Telephone: (415) 510-3549
 E-mail: Jonathan.Wiener@doj.ca.gov

*Attorneys for the California Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,**<br><br>                               Plaintiffs,<br><br>v.<br><br>**LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources** | 2:22-cv-01714-TLN-CKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT AND CONTINUANCE OF HEARING ON MOTION**<br><br><br>Judge:          Honorable Troy L. Nunley<br>Hearing Date: January 12, 2023 |

4

Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,

         Defendants.

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

_____  _____
Date                 Hon. Troy L. Nunley

5

Stipulation and Order Re: Extension of Briefing Schedule and Continuance of Hearing for Motion for Summary Judgment (2:22-cv-01714-TLN-CKD)