ANNETTE A. BALLATORE, State Bar No. 192176
ISELA G. WELZ, State Bar No. 337658
SAN JOAQUIN VALLEY UNIFIED AIR
POLLUTION CONTROL DISTRICT (SJVUAPCD)
1990 E. Gettysburg Avenue
Fresno, CA 93726
Phone:  (559) 230-6033; Fax: (559) 230-6061
*Attorneys for Defendants*
*San Joaquin Valley Unified Air Pollution Control District (SJVUAPCD)*
*Governing Board of the SJVUAPCD*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a non-profit corporation, COMMITTEE FOR A BETTER ARVIN, a non-profit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a non-profit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>　　Plaintiffs,<br>v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio Board Members of the Air Resources Board,* SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT<br><br>　　Defendants | Case Number: 2:22-CV-01714-TLN-CKD<br><br>**DEFENDANT SAN JOAQUIN VALLEY UNIFIED APCD'S AND GOVERNING BOARD'S JOINDER TO CARB'S OPPOSITION TO PLAINTIFFS' MOTION RE DEFENDANTS OFFER OF JUDGMENT**<br><br>Judge: Honorable Troy L. Nunley<br><br>Action Filed: September 28, 2022 |

**1**
SJVAPCD's Joinder To Defendants' Opp. to Pltf's Mot. Re Rule 68 Offer.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants San Joaquin Valley Unified Air Pollution Control District and Governing Board Of The San Joaquin Valley Unified Air Pollution Control District ("the District Defendants") hereby join and incorporate by reference the Opposition to Plaintiff's Motion To Strike Rule 68 Offer filed by Defendants Liane Randolph, in her official capacity as Chair of the Air Resources Board, Steven Cliff, in his official capacity as Executive Officer of the Air Resources Board, Sandra Berg, John Eisenhut, Daniel Sperling, John Balmes, Diane Takvorian, Dean Florez, Hector De La Torre, Davina Hurt, Tania Pacheco-Werner, and Gideon Kracov, in their official capacities as Board Members of the Air Resources Board, Connie Leyva and Eduardo Garcia, in their official capacities as *Ex Officio Board Members of the Air Resources Board*, along with the Declaration of Sylvia Vanderspek. Joinder is proper in this instance because the District shares the same interests and substantive concerns raised in the State Defendant's February 8, 2023 Opposition.

Dated:  February 8, 2023          Respectfully submitted,

SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT

By: /s/ *Annette A. Ballatore*
    Annette A. Ballatore
    District Counsel