BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICES OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brentjnewell@outlook.com

Attorney for Plaintiffs
Central California Environmental
Justice Network, Committee for a Better Arvin,
Medical Advocates for Healthy Air, and
Healthy Environment for All Lives

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>    Plaintiffs,<br><br>v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>    Defendants. | No. 2:22-cv-01714-DJC-CKD<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE SUPPLEMENTAL STANDING DECLARATION** |

Pursuant to Local Rule 143, the Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Health Air, and Healthy Environment for All Lives (collectively "Plaintiffs"), Defendants California Air Resources Board officials acting in their official capacities ("State Defendants"), and Defendants San Joaquin Valley Unified Air Pollution Control District and its Governing Board (collectively "Air District") stipulate to an order granting Plaintiffs leave to file a supplemental standing declaration from a member of the Committee for a Better Arvin.

On September 28, 2022, Plaintiffs filed a Complaint alleging violations of an emission standard or limitation under the Clean Air Act. (Dkt. No. 1). On November 28, 2022, Plaintiffs filed a Motion for Summary Judgment. (Dkt. No. 17). In support of the Motion for Summary Judgment, Plaintiffs filed standing declarations from members of the four plaintiff organizations, including the Declaration of Salvador Partida, a member of the Committee for a Better Arvin. (Dkt. No. 17-5).

While the Motion has been pending, Mr. Partida passed away.

On June 13, 2023, the Court set a July 6, 2023 hearing on the Motion for Summary Judgment and other pending motions. (Dkt. No. 35).

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, by and through their respective counsel, that Plaintiffs may file the supplemental standing declaration, attached as Exhibit 1, from a member of Plaintiff Committee for a Better Arvin to support the standing of Committee for a Better Arvin.

///
///
///

Dated:  June 20, 2023                         Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General


/s/ Corey M. Moffat
COREY M. MOFFAT
Deputy Attorney General
*Attorneys for State Defendants*

Dated:  June 20, 2023                         Respectfully submitted,


/s/ Annette A. Ballatore
ANNETTE A. BALLATORE
District Counsel
*Attorney for Defendant San Joaquin Valley Unified Air Pollution Control District*

Dated:  June 20, 2023                         Respectfully submitted,


/s/ Brent J. Newell
BRENT J. NEWELL
*Attorney for Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives*

## ORDER

Pursuant to stipulation and for good cause shown, the Court grants Plaintiffs leave to file the supplemental standing declaration, attached as Exhibit 1 to the Stipulation filed at ECF [36].

IT IS SO ORDERED.

Dated: 6/21/23

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on June 20, 2023, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

/s/ Brent Newell
Brent Newell