BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICES OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brentjnewell@outlook.com

Attorney for Plaintiffs
Central California Environmental
Justice Network, Committee for a Better Arvin,
Medical Advocates for Healthy Air, and
Healthy Environment for All Lives

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>    Plaintiffs,<br><br>  v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>    Defendants. | Case No. 2:22-cv-01714-DJC-CKD<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>Date:     September 14, 2023<br>Time:    1:30 pm<br>Location: Courtroom 10 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on September 14, 2023 at 1:30 pm in Courtroom 10 before U.S. District Court Judge Daniel J. Calabretta of the Sacramento Division of the U.S. District Court for the Eastern District of California, located at 501 I Street, Sacramento, California 95814, Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives (collectively "Valley EJ Organizations") will move for reconsideration of the Order Granting State Defendants' Request for Judicial Notice; Granting Plaintiffs' Motion for Summary Judgment; and Withholding Submission of Plaintiffs' Motion Regarding Defendants Offer of Judgment (Dkt. No. 41) (hereafter "Order") pursuant to Fed. R. Civ. P. 59(e) and Local Rules 230 and 292.1.

This motion is based on this notice, the Memorandum in Support of Plaintiffs' Motion for Reconsideration, and upon other such oral and documentary evidence as may be introduced at the hearing on this matter.

## Meet and Confer Certification

On July 27, 2023, the parties met and conferred at the request of Valley EJ Organizations pursuant to the Court's Standing Order in Civil Cases. The parties discussed Valley EJ Organizations' intent to file a motion for reconsideration pursuant to Fed. R. Civ. P. 59(e). Counsel for Valley EJ Organizations explained their position that the Court has erred by relying on footnote 36 of the U.S. Environmental Protection Agency's proposed approval, 76 Fed. Reg. 57846 n.36 (Sept. 16, 2011), when the footnote describes interpretation of new technology contingency measures required by Clean Air Act section 182(e)(5). Counsel explained the motion for reconsideration would request the Court amend the Order and conclude that the commitment to adopt attainment contingency measures meeting the requirements of Clean Air Act section 172(c)(9) includes a requirement to achieve reductions equivalent to 3 percent of the baseline emissions.

Defendants California Air Resources Board state officials ("State Defendants") oppose the motion. State Defendants position is that footnote 36 is relevant to what Clean Air Act section 172(c)(9) requires and what the commitment to adopt attainment contingency

measures requires.

    Defendants San Joaquin Valley Unified Air Pollution Control District and the Governing Board of the San Joaquin Valley Unified Air Pollution Control District (collectively "Air District") also oppose the motion for the same reasons as State Defendants.

Dated: July 31, 2023　　　　　　　Respectfully Submitted,

/s/ Brent J. Newell
Brent J. Newell
Attorney for Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on July 31, 2023, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

/s/ Brent Newell
Brent Newell