1   ROB BONTA
    Attorney General of California
2   MYUNG J. PARK
    Supervising Deputy Attorney General
3   NATALIE COLLINS
    COREY M. MOFFAT
4   JONATHAN A. WIENER
    Deputy Attorneys General
5     455 Golden Gate Ave, Suite 11000
      San Francisco, CA 94102-7020
6     Telephone:  (415) 510-3549
      E-mail:  Jonathan.Wiener@doj.ca.gov
7
    *Attorneys for State Defendants*
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  |                                          |                                        |
    | **CENTRAL CALIFORNIA**                   | **2:22-cv-01714-DJC-CKD**              |
12  | **ENVIRONMENTAL JUSTICE**                |                                        |
    | **NETWORK, a nonprofit corporation,**    | **STIPULATION RE: EXTENSION OF**       |
13  | **COMMITTEE FOR A BETTER ARVIN, a**      | **BRIEFING SCHEDULE FOR MOTION**       |
    | **nonprofit corporation, MEDICAL**       | **FOR RECONSIDERATION**                |
14  | **ADVOCATES FOR HEALTHY AIR, a**         |                                        |
    | **nonprofit corporation, and HEALTHY**   |                                        |
15  | **ENVIRONMENT FOR ALL LIVES, an**        |                                        |
    | **unincorporated association,**          |                                        |
16  |                                          | Judge:          Honorable Judge Daniel J. |
    |                              Plaintiffs, |                 Calabretta             |
17  |                                          | Hearing Date:  September 14, 2023      |
    |               v.                         |                                        |
18  |                                          |                                        |
    |                                          |                                        |
19  | **LIANE RANDOLPH, in her official**      |                                        |
    | **capacity as Chair of the Air Resources** |                                      |
20  | **Board, STEVEN CLIFF, in his official** |                                        |
    | **capacity as Executive Officer of the Air** |                                    |
21  | **Resources Board, SANDRA BERG, JOHN**   |                                        |
    | **EISENHUT, DANIEL SPERLING, JOHN**      |                                        |
22  | **BALMES, DIANE TAKVORIAN, DEAN**        |                                        |
    | **FLOREZ, HECTOR DE LA TORRE,**          |                                        |
23  | **DAVINA HURT, BARBARA RIORDAN,**        |                                        |
    | **PHIL SERNA, NORA VARGAS, TANIA**       |                                        |
24  | **PACHECO-WERNER, and GIDEON**           |                                        |
    | **KRACOV, in their official capacities as** |                                     |
25  | **Board Members of the Air Resources**   |                                        |
    | **Board, CONNIE LEYVA and EDUARDO**      |                                        |
26  | **GARCIA, in their official capacities as *Ex*** |                                |
    | ***Officio* Board Members of the Air**   |                                        |
27  | **Resources Board, SAN JOAQUIN VALLEY**  |                                        |
    | **UNIFIED AIR POLLUTION CONTROL**        |                                        |
28  | **DISTRICT, and the GOVERNING BOARD**    |                                        |

                                        1

**OF THE SAN JOAQUIN VALLEY
UNIFIED AIR POLLUTION CONTROL
DISTRICT,**

                                        Defendants.

On July 31, 2023, Plaintiffs filed a Motion for Reconsideration (ECF No. 42) of this Court's July 21 Order Granting State Defendants' Request for Judicial Notice; Granting Plaintiffs' Motion for Summary Judgment; and Withholding Submission of Plaintiffs' Motion Regarding Defendants' Offer Of Judgment (ECF No. 41). A hearing on the Motion for Reconsideration is set for September 14, 2023. Defendants' opposition is due August 14, 2023, and any reply is due August 24, 2023.

Parties submit this stipulation for a short extension of the briefing deadlines on Plaintiffs' Motion for Reconsideration. A short extension is warranted due to the unavailability of State Defendants' lead counsel, Corey Moffat, who has been out on paternity leave since July 17, as well as family medical issues that have limited the availability of State Defendants' other counsel. To facilitate State Defendants' ability to fully address the issue presented by Plaintiffs' Motion for Reconsideration, Defendants have requested, and Plaintiffs do not oppose, a nine-day extension of the deadline for Defendants' brief in opposition. This is the first request from any party for an extension of time related to the Motion for Reconsideration, and it will not affect the hearing set for the motion. By Joint Stipulation, the parties therefore respectfully request to extend the time for Defendants to oppose the Motion for Reconsideration to August 23, 2023, and to extend the time for Plaintiffs to reply to Defendants' opposition to September 6, 2023.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, by and through their respective counsel, to extend the deadline for filing by all Defendants of an Opposition to the Motion for Reconsideration to **August 23, 2023**, and to extend the deadline for filing by Plaintiffs of any reply to **September 6, 2023**.

Dated:  August 7, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ Jonathan A. Wiener
JONATHAN A. WIENER
Deputy Attorney General
*Attorneys for State Defendants*

Dated:  August 7, 2023

Respectfully submitted,

/s/ Annette A. Ballatore
ANNETTE A. BALLATORE
*Attorney for Defendant San Joaquin Valley
Unified Air Pollution Control District*

Dated:  August 7, 2023

Respectfully submitted,

*/s/ Brent Newell*
BRENT NEWELL
*Attorney for Plaintiffs Central California
Environmental Justice Network, Committee
for a Better Arvin, Medical Advocates for
Healthy Air, and Healthy Environment for
All Lives*

3

1  ROB BONTA
   Attorney General of California
2  MYUNG J. PARK
   Supervising Deputy Attorney General
3  NATALIE COLLINS
   COREY M. MOFFAT
4  JONATHAN A. WIENER
   Deputy Attorneys General
5   455 Golden Gate Ave, Suite 11000
    San Francisco, CA 94102-7020
6   Telephone: (415) 510-3549
    E-mail: Jonathan.Wiener@doj.ca.gov
7
   *Attorneys for State Defendants*
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 **CENTRAL CALIFORNIA**              2:22-cv-01714-DJC-CKD
   **ENVIRONMENTAL JUSTICE**
13 **NETWORK, a nonprofit corporation,**  **ORDER GRANTING STIPULATED**
   **COMMITTEE FOR A BETTER ARVIN, a**   **EXTENSION OF BRIEFING SCHEDULE**
14 **nonprofit corporation, MEDICAL**     **FOR MOTION FOR**
   **ADVOCATES FOR HEALTHY AIR, a**      **RECONSIDERATION**
15 **nonprofit corporation, and HEALTHY**
   **ENVIRONMENT FOR ALL LIVES, an**
16 **unincorporated association,**

17                        Plaintiffs,   Judge:          Honorable Daniel J. Calabretta
                                        Hearing Date: September 14, 2023
18       v.

19
   **LIANE RANDOLPH, in her official**
20 **capacity as Chair of the Air Resources**
   **Board, STEVEN CLIFF, in his official**
21 **capacity as Executive Officer of the Air**
   **Resources Board, SANDRA BERG, JOHN**
22 **EISENHUT, DANIEL SPERLING, JOHN**
   **BALMES, DIANE TAKVORIAN, DEAN**
23 **FLOREZ, HECTOR DE LA TORRE,**
   **DAVINA HURT, BARBARA RIORDAN,**
24 **PHIL SERNA, NORA VARGAS, TANIA**
   **PACHECO-WERNER, and GIDEON**
25 **KRACOV, in their official capacities as**
   **Board Members of the Air Resources**
26 **Board, CONNIE LEYVA and EDUARDO**
   **GARCIA, in their official capacities as *Ex***
27 ***Officio* Board Members of the Air**
   **Resources Board, SAN JOAQUIN VALLEY**
28 **UNIFIED AIR POLLUTION CONTROL**

                              4

1 | **DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,**

2

3

4 | Defendants.

5

6 | **ORDER**

7 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

8 | Dated: August 8, 2023                    /s/ Daniel J. Calabretta

9 | THE HONORABLE DANIEL J. CALABRETTA

10 | UNITED STATES DISTRICT JUDGE

5