UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, COMMITTEE FOR A BETTER ARVIN, MEDICAL ADVOCATES FOR HEALTHY AIR, and HEALTHY ENVIRONMENT FOR ALL,<br><br>Plaintiffs,<br><br>v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board; STEVEN CLIFF, in his official capacity as executive officer of the Air Resources Board; SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board; CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as Ex Officio Board Members of the Air Resources Board; SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT; and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>Defendants. | No. 2:22-cv-01714-DJC-CKD<br><br>ORDER DENYING PLAINTIFFS' MOTION REGARDING DEFENDANTS' OFFER OF JUDGMENT AS MOOT |

On January 2, 2023, Plaintiffs filed a motion to quash or declare null and void a Rule 68 Offer of Judgment that Defendants had previously made to Plaintiffs. (ECF No. 20-1 at 2.) On July 21, 2023, the Court held oral argument on the Rule 68 Motion as well as Plaintiffs' Motion for Summary Judgment. At that time, the Court withheld submission of the Rule 68 Motion after determining that the decision on the Motion for Summary Judgment might moot the need to decide the issues raised in the Rule 68 Motion if that decision provided more favorable relief than had been offered. (*See* ECF Nos. 17, 39.) After granting summary judgment in Plaintiffs' favor, the Court ordered Plaintiffs to notify the Court whether the Rule 68 Motion was moot or ripe. (*See* ECF No. 41 at 20–21.) Plaintiffs, after meeting and conferring with Defendants, notified the Court that the "parties agree that the Order provides relief more favorable than the offer of judgment and thus the Rule 68 Motion is moot." (ECF No. 43 at 2.) Accordingly, the Court hereby DENIES AS MOOT Plaintiffs' Rule 68 Motion.

IT IS SO ORDERED.

Dated:   **August 22, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE