BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICES OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brentjnewell@outlook.com

Attorney for Plaintiffs
Central California Environmental
Justice Network, Committee for a Better Arvin,
Medical Advocates for Healthy Air, and
Healthy Environment for All Lives

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>    Plaintiffs,<br><br>v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>    Defendants. | Case No. 2:22-cv-01714-DJC-CKD<br><br>**JOINT STATUS REPORT** |

The Court set a status conference on October 5, 2023 and ordered the Parties to submit this Joint Status Report. *See* Order Granting State Defendants' Request for Judicial Notice; Granting Plaintiffs' Motion for Summary Judgment; and Withholding Submission of Plaintiffs' Motion Regarding Defendants Offer of Judgment at 22:26-28 (Dkt. No. 41) (hereafter "Order").

## I.      Defendants' Status Report.

In compliance with the above referenced Order, State Defendants have filed their *Concept Paper for the California Smog Check Contingency Measure* (Dkt. No. 46-1) and proposed *California Smog Check Contingency Measure State Implementation Plan Revision* (Dkt. No. 52-1) with the Court. The California Air Resources Board is scheduled to consider the proposed State Implementation Plan (SIP) Revision at its October 26, 2023, hearing. If the Board adopts the proposed SIP revision, State Defendants aim to submit the measure to the U.S. Environmental Protection Agency (EPA) by the end of November 2023, and no later than the end of January 2024. *See* Supplemental Declaration of Sylvia Vanderspek (Dkt. No. 40). EPA will then review the proposed SIP Revision to determine whether it is: (a) complete; and (b) "meets all of the applicable requirements of [the Clean Air Act]." 42 U.S.C. § 7410 (k)(1)–(3). If any party believes that the proposed SIP revision does not meet this criteria, they will have an opportunity at that time to raise their concerns directly with EPA. Furthermore, if any party disagrees with EPA's ultimate determination on the proposed SIP revision, they will be able to challenge EPA's determination by direct petition to the Ninth Circuit. *See* 42 U.S.C. § 7607(b)(1) [petitions for review of EPA SIP decisions "may be filed *only* in the United States Court of Appeals for the appropriate circuit," emphasis added].

## II.     Plaintiffs' Status Report.

State Defendants propose the California Smog Check Contingency Measure State Implementation Plan Revision ("Smog Check Contingency Measure") as the only contingency measure Defendants propose to adopt pursuant to Order enforcing the commitment to adopt attainment contingency measures for the 1997 8-hour ozone standard in the San Joaquin Valley. Notice of Proposed Contingency Measure Pursuant to Court Order at 1 (Dkt. No. 52). The proposed Smog Check Contingency Measure relies on the U.S. Environmental

Protection Agency's ("EPA") *Draft Guidance on the Preparation of State Implementation Plan Provisions that Address the Nonattainment Area Contingency Measure Requirements for Ozone and Particulate Matter* (hereafter "Draft Guidance").[1] *See* Exhibit A to the Declaration of Sylvia Vanderspek at 2, 6-7 (Dkt. No. 52-1). Pursuant to that Draft Guidance, the proposal calculates the required amount emissions reductions for the 1997 8-hour ozone standard (80 parts per billion) in the San Joaquin Valley as 7.57 and 2.4 tons per day of oxides of nitrogen ("NOx") and volatile organic compounds ("VOC"), respectively. *Id*. at 33 and Table 27. The proposal further relies on the Draft Guidance to claim that any other potential contingency measures besides the Smog Check Contingency Measure are not technologically or economically feasible, and thus not required by the Draft Guidance. *Id*. at 7-12.

The proposed Smog Check Contingency Measure would achieve a nominal amount of emissions reductions and a small fraction of reductions compared to EPA's current interpretation. The proposed Smog Check Contingency Measure estimates the reductions at 0.112 tons per day of NOx and 0.054 tons per day of VOC. *See* Exhibit A to the Declaration of Sylvia Vanderspek at 34 and Table 28 (Dkt. No. 52-1). For comparison, the amount of emissions reductions required pursuant to EPA's long-standing, current interpretation are 16.956 and 13.725 tons per day of NOx and VOC, respectively. *See* Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment at 20:8-18 (Dkt. No. 17-1).

The EPA has not issued a final guidance changing its interpretation.

**III.    Conclusion.**

The Parties respectfully submit this Joint Status Report.

///

///

///

---

[1] The Court took judicial notice of the Draft Guidance. *See* Exhibit A, Request for Judicial Notice (Dkt. No. 30-1); Order at 11 (granting the Request for Judicial Notice).

| | |
|---|---|
| Dated:  September 27, 2023 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>MYUNG J. PARK<br>Supervising Deputy Attorney General<br><br><br>/s/ Corey M. Moffat<br>COREY M. MOFFAT<br>Deputy Attorney General<br>*Attorneys for State Defendants* |
| Dated:  September 27, 2023 | Respectfully submitted,<br><br>/s/ Annette A. Ballatore<br>ANNETTE A. BALLATORE<br>*Attorney for Defendant San Joaquin Valley Unified Air Pollution Control District* |
| Dated:  September 27, 2023 | Respectfully submitted,<br><br>/s/ Brent J. Newell<br>BRENT J. NEWELL<br>*Attorney for Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives* |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on September 27, 2023, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

/s/ Brent Newell
Brent Newell