BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICE OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brentjnewell@outlook.com

Attorney for Plaintiffs
Central California Environmental
Justice Network, Committee for a Better Arvin,
Medical Advocates for Healthy Air, and
Healthy Environment for All Lives

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>　　Plaintiffs,<br><br>　v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>　　Defendants. | Case No. 2:22-cv-01714-DJC-CKD<br><br>**[PROPOSED] JUDGMENT** |

As directed by the Court at the October 5, 2023 status conference (Dkt. No. 55), the Parties respectfully submit this Proposed Judgment.

Dated:  October 13, 2023                    Respectfully submitted,

                                                         ROB BONTA
                                                         Attorney General of California
                                                         MYUNG J. PARK
                                                         Supervising Deputy Attorney General

                                                         <u>/s/ Corey M. Moffat</u>
                                                         COREY M. MOFFAT
                                                         Deputy Attorney General
                                                         *Attorneys for State Defendants*

Dated:  October 13, 2023                    Respectfully submitted,

                                                         <u>/s/ Annette A. Ballatore</u>
                                                         ANNETTE A. BALLATORE
                                                         *Attorney for Defendant San Joaquin Valley Unified Air Pollution Control District*

Dated:  October 13, 2023                    Respectfully submitted,

                                                         <u>/s/ Brent J. Newell</u>
                                                         BRENT J. NEWELL
                                                         *Attorney for Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives*

Judgment is hereby entered in favor of Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives consistent with the Order Granting State Defendants' Request for Judicial Notice; Granting Plaintiffs' Motion for Summary Judgment; and Withholding Submission of Plaintiffs' Motion Regarding Defendants Offer of Judgment (Dkt. No. 41) and the Order Denying Motion for Reconsideration of ECF No. 41 (Dkt. No. 53).

The Court **DECLARES** that Defendants Liane Randolph, *et al.*[1] have a duty under the California State Implementation Plan, 40 C.F.R. § 52.220(396)(ii)(A)(*2*)(*i*) ("SIP"), to develop, adopt, and submit by 2020 attainment contingency measure(s) meeting the requirements of Clean Air Act section 172(c)(9), 42 U.S.C. § 7502(c)(9), for the 1997 8-hour ozone standard in the San Joaquin Valley. The Court finds that the SIP only requires that such contingency measures have been submitted by 2020 and lacks any substantive requirement that this Court may impose. Defendants' failure to develop, adopt, and submit such attainment contingency measures to the U.S. Environmental Protection Agency ("EPA") by 2020 constitutes a violation of an "emission standard or limitation under this chapter" within the meaning of 42 U.S.C. § 7604(a)(1).

The Court **ORDERS** Defendants to develop, adopt, and submit to the EPA no later than January 31, 2024 attainment contingency measure(s) meeting the requirements of Clean Air Act section 172(c)(9), 42 U.S.C. § 7502(c)(9), for the 1997 8-hour ozone standard in the San Joaquin Valley.

///
///
///

---

[1] Air Resources Board Members Susan Shaheen, Cliff Rechtschaffen, Eric Guerra, V. Manuel Perez, and Henry Stern are substituted automatically for their predecessors pursuant to FED. R. CIV. P. 25(d).

1  The Court retains jurisdiction to make such orders as may be necessary or appropriate.

2  This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated: October 13, 2023

_____
Daniel J. Calabretta
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on October 13, 2023, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

/s/ Brent Newell
Brent Newell