BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICE OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brentjnewell@outlook.com

Attorney for Plaintiffs
Central California Environmental
Justice Network, Committee for a Better Arvin,
Medical Advocates for Healthy Air, and
Healthy Environment for All Lives

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>    Defendants. | No. 2:22-cv-01714-DJC-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR AWARD OF ATTORNEY'S FEES** |

Pursuant to Local Rule 143, the Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Health Air, and Healthy Environment for All Lives (collectively "Plaintiffs"), Defendants California Air Resources Board officials acting in their official capacities ("State Defendants"), and Defendants San Joaquin Valley Unified Air Pollution Control District and its Governing Board (collectively "District Defendants") hereby stipulate to an extension of time for Plaintiffs to file a bill of costs and a motion for award of attorney's fees. The Parties want to meaningfully engage in negotiations to resolve the issue of costs and attorney's fees without further expenditure of the parties' resources or burdening the Court with a bill of costs and a motion for award of attorney's fees. In support of this request, the parties state as follows:

1. On September 28, 2022, Plaintiffs filed a Complaint alleging a violation of an emission standard or limitation under the Clean Air Act. (Dkt. No. 1). On November 28, 2022, Plaintiffs filed a Motion for Summary Judgment. (Dkt. No. 17).

2. On July 21, 2023, the Court entered the Order Granting State Defendants' Request for Judicial Notice; Granting Plaintiffs' Motion for Summary Judgment; and Withholding Submission of Plaintiffs' Motion Regarding Defendants Offer of Judgment. (Dkt. No. 41).

3. On October 16, 2023, the Court entered the Judgment. (Dkt. No. 53).

4. Plaintiffs must file their bill of costs within 14 days of the entry of judgment, or no later than October 30, 2023. Civil L.R. 292(b).

5. Plaintiffs must file their motion for award of attorney's fees within 28 days of the entry of final judgment, or no later than November 13, 2023. Civil L.R. 293(a).

6. The Parties would like to provide sufficient time to engage meaningfully in negotiations to resolve the issue of costs and attorney's fees without burdening the Court with a bill of costs and a motion for award of attorney's fees.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, by and through their respective counsel, that Plaintiffs shall have until December 15, 2023 to file a bill of costs and a motion for award of attorney's fees.

Dated: October 23, 2023     Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ Corey M. Moffat
COREY M. MOFFAT
Deputy Attorney General
*Attorneys for State Defendants*

Dated: October 23, 2023     Respectfully submitted,

/s/ Annette A. Ballatore
ANNETTE A. BALLATORE
District Counsel
*Attorney for Defendant San Joaquin Valley Unified Air Pollution Control District*

Dated: October 23, 2023     Respectfully submitted,

/s/ Brent J. Newell
BRENT J. NEWELL
*Attorney for Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives*

**ORDER**

Pursuant to stipulation and for good cause shown, Plaintiffs shall have until December 15, 2023 to file a bill of costs pursuant to Civil L.R. 292 and a motion for attorney's fees pursuant to Civil L.R. 293.

IT IS SO ORDERED.

Dated:  October 24, 2023            /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE