BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICE OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brentjnewell@outlook.com

Attorney for Plaintiffs
Central California Environmental
Justice Network, Committee for a Better Arvin,
Medical Advocates for Healthy Air, and
Healthy Environment for All Lives

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>　　　Defendants. | No. 2:22-cv-01714-DJC-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR AWARD OF ATTORNEY'S FEES** |

Pursuant to Local Rule 143, the Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Health Air, and Healthy Environment for All Lives (collectively "Plaintiffs"), Defendants California Air Resources Board officials acting in their official capacities ("State Defendants"), and Defendants San Joaquin Valley Unified Air Pollution Control District and its Governing Board (collectively "District Defendants") hereby stipulate to a third extension of time for Plaintiffs to file a bill of costs and a motion for award of attorney's fees.

The Parties have reached a tentative agreement that will resolve any claim for the costs of litigation, including attorney's fees. The additional time stipulated to and requested will allow the Parties to execute a settlement agreement and to secure necessary approvals.

In support of this request, the Parties state as follows:

1. On September 28, 2022, Plaintiffs filed a Complaint alleging a violation of an emission standard or limitation under the Clean Air Act. (Dkt. No. 1).

2. On November 28, 2022, Plaintiffs filed a Motion for Summary Judgment. (Dkt. No. 17).

3. On July 21, 2023, the Court entered the Order Granting State Defendants' Request for Judicial Notice; Granting Plaintiffs' Motion for Summary Judgment; and Withholding Submission of Plaintiffs' Motion Regarding Defendants Offer of Judgment. (Dkt. No. 41).

4. On October 16, 2023, the Court entered the Judgment. (Dkt. No. 53).

5. Civil L.R. 292(b) initially required Plaintiffs to file their bill of costs within 14 days of the entry of judgment, or no later than October 30, 2023.

6. Civil L.R. 293(a) initially required Plaintiffs to file their motion for award of attorney's fees within 28 days of the entry of final judgment, or no later than November 13, 2023.

7. On October 24, 2023, the Court entered an order granting the Parties' stipulation for an extension of time until December 15, 2023 for Plaintiffs to file a bill of costs and a motion for award of attorney's fees. (Dkt. No. 59).

8. On December 7, 2023, the Court entered an order granting the Parties' stipulation for an extension of time until January 19, 2024 for Plaintiffs to file a bill of costs and

a motion for award of attorney's fees. (Dkt. No. 61).

9. The Parties have reached a tentative agreement that will resolve any claim for the costs of litigation, including attorney's fees. The Parties would like to extend the current January 19, 2024 deadline to provide sufficient time for the Parties to execute a settlement agreement and secure necessary approvals.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Defendants, by and through their respective counsel, that Plaintiffs shall have until February 20, 2024 to file a bill of costs and a motion for award of attorney's fees.

Dated: January 11, 2024    Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

/s/ Natalie E. Collins
NATALIE E. COLLINS
Deputy Attorney General
*Attorneys for State Defendants*

Dated: January 11, 2024    Respectfully submitted,

/s/ Annette A. Ballatore
ANNETTE A. BALLATORE
District Counsel
*Attorney for Defendant San Joaquin Valley Unified Air Pollution Control District*

1 | Dated:  January 11, 2024

Respectfully submitted,

/s/ Brent J. Newell
BRENT J. NEWELL
*Attorney for Plaintiffs Central California Environmental Justice Network, Committee for a Better Arvin, Medical Advocates for Healthy Air, and Healthy Environment for All Lives*

**ORDER**

Pursuant to stipulation and for good cause shown, Plaintiffs shall have until February 20, 2024 to file a bill of costs pursuant to Civil L.R. 292 and a motion for attorney's fees pursuant to Civil L.R. 293.

IT IS SO ORDERED.

Dated:  January 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE