BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICE OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brentjnewell@outlook.com

Attorney for Plaintiffs
Central California Environmental
Justice Network, Committee for a Better Arvin,
Medical Advocates for Healthy Air, and
Healthy Environment for All Lives

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, a nonprofit corporation, COMMITTEE FOR A BETTER ARVIN, a nonprofit corporation, MEDICAL ADVOCATES FOR HEALTHY AIR, a nonprofit corporation, and HEALTHY ENVIRONMENT FOR ALL LIVES, an unincorporated association,<br><br>   Plaintiffs,<br><br>   v.<br><br>LIANE RANDOLPH, in her official capacity as Chair of the Air Resources Board, STEVEN CLIFF, in his official capacity as Executive Officer of the Air Resources Board, SANDRA BERG, JOHN EISENHUT, DANIEL SPERLING, JOHN BALMES, DIANE TAKVORIAN, DEAN FLOREZ, HECTOR DE LA TORRE, DAVINA HURT, BARBARA RIORDAN, PHIL SERNA, NORA VARGAS, TANIA PACHECO-WERNER, and GIDEON KRACOV, in their official capacities as Board Members of the Air Resources Board, CONNIE LEYVA and EDUARDO GARCIA, in their official capacities as *Ex Officio* Board Members of the Air Resources Board, SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT, and the GOVERNING BOARD OF THE SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT,<br><br>   Defendants. | No. 2:22-cv-01714-DJC-CKD<br><br>**ORDER REGARDING PAYMENT OF ATTORNEY'S FEES AND COSTS** |

**ORDER**

Pursuant to the Parties' Stipulated Agreement Regarding Payment of Attorney's Fees and Costs (Dkt. No. 66), and for good cause shown,

IT IS ORDERED that the Parties' Stipulated Agreement is APPROVED and ADOPTED. Defendants, jointly and severally, shall pay Plaintiffs a total of $183,250 for attorneys' fees and costs in this litigation, as set forth in the Parties' Stipulated Agreement.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to oversee compliance with the terms of the Parties' Stipulated Agreement until Defendants satisfy their obligation. Plaintiffs shall file a notice of payment with the Court within fourteen (14) days of Defendants' payment.

DATED:  April 1, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE